IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01427-WYD-CBS

MICHAEL BIEN,
    Plaintiff,
v.

KEVIN STURCH,
    Defendant.
_____

ORDER TREATING MOTION AS NOTICE OF VOLUNTARY DISMISSAL
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Bien's "Motion is Dismissal [sic] under Fed. R. Civ. P. 41(a)" (filed November 2, 2007) (doc. # 14).  Pursuant to the Order of Reference dated July 17, 2007 (doc. # 5) and the memorandum dated November 2, 2007 (doc. # 15), this matter was referred to the Magistrate Judge.  The court has reviewed the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Bien seeks to voluntarily dismiss this civil action, with the intention "to refile. . . ."  Fed. R. Civ. P. 41(a)(1) "provides that ⊲an action may be dismissed by the plaintiff without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment.' "  *Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003).  Defendant Sturch filed his "Motion for Judgment on the Pleadings under Fed. R. Civ. P. 12(c)" on October 19, 2007.  Defendant Sturch has not filed an answer or a motion for summary judgment.  "The filing of a notice of

1

dismissal pursuant to Rule 41(a)(1)(I) does not require an order of the court." *Janssen*, 321 F.3d at 1000 (citation omitted). *See also Marex Titanic, Inc. v. The Wrecked & Abandoned Vessel*, 2 F.3d 544, 546 (4th Cir. 1993) (stating voluntary dismissal is "self-executing, *i.e.,* it is effective at the moment the notice is filed with the clerk and no judicial approval is required").

Accordingly, IT IS ORDERED that:

1. Mr. Bien's "Motion is Dismissal [sic] under Fed. R. Civ. P. 41(a)" (filed November 2, 2007) (doc. # 14) shall be treated as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(I), voluntarily dismissing this civil action.

2. The Rule 16(b) Scheduling Conference set on Monday, November 26, 2007 at 10:45 a.m. is VACATED.

DATED at Denver, Colorado, this 2nd day of November, 2007.

                                              BY THE COURT:

                                              s/Craig B. Shaffer
                                              United States Magistrate Judge