IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01427-WYD-CBS

MICHAEL BIEN,

    Plaintiff,

v.

KEVIN STURCH,

    Defendant.

**ORDER AFFIRMING AND ADOPTING THE RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on the parties' Joint Motion for Relief from Judgment Under Fed. R. Civ. P. 60(a) and for Stipulated Dismissal With Prejudice (docket #17), filed January 8, 2008. The motion was referred to Magistrate Judge Craig B. Shaffer for a recommendation by Order of Reference dated January 8, 2008. Magistrate Judge Shaffer issued a Recommendation on January 11, 2008, that the above referenced motion be granted and that the Court's November 2, 2007 Order pursuant to Fed. R. Civ. P. 41(a)(1)(I) be corrected to order dismissal with prejudice by stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(ii). (Recommendation at 3.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were

due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 3-4.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Shaffer is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced motion should be granted. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Shaffer (docket #19) dated January 11, 2008, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that the parties' Joint Motion for Relief from Judgment Under Fed. R. Civ. P. 60(a) and for Stipulated Dismissal With Prejudice (docket #17), filed January 8, 2008, is **GRANTED.** It is

FURTHER ORDERED that the Court's November 2, 2007 Order pursuant to Fed. R. Civ. P. 41(a)(1)(I) shall be corrected to order dismissal with prejudice by stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: February 1, 2008

> BY THE COURT:
>
> s/ Wiley Y. Daniel
> Wiley Y. Daniel
> U. S. District Judge